

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### 200 WEST 8TH STREET
### AUSTIN, TEXAS 78701

LEE YEAKEL
DISTRICT JUDGE

TELEPHONE:
(512) 916-5756

July 11, 2005

Hon. Mary M. Lisi
Chair, Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

FINANCIAL DISCLOSURE OFFICE
Jul 18 2 00 PM '05
RECEIVED

    Re:    Calendar Year 2004 Financial Disclosure Report
             Earl L. Yeakel III (Lee Yeakel)
             Your July 1, 2005 Letter

Dear Judge Lisi:

Thank you for your letter of July 1, 2005. I am writing to respond to your inquiry regarding the "Tamarack Investment Funds Prime" money-market fund listed in Part VII, page 3, line 46, which was not listed on my calendar year 2003 report.

In reviewing your letter and my reports for calendar years 2003 and 2004, I see that this item should have been including on my 2003 report, but was inadvertently omitted. In Part VII, page 4, lines 55 and 56 of the 2003 report, I report a purchase of Great Hall Investment Funds Prime money-market fund and the subsequent sale of all of that fund. Before that particular purchase, I had owned shares in the same money-market fund, which was traded under ticker symbol GHPXX. An entry for that holding was listed in Part VII, page 3, line 37 of the 2003 report, but the detail was left blank. By letter of August 24, 2004, you notified me of that omission, but indicated that no response was needed at the time.

In fact, the line 37 entry should not have been included on the 2003 report, as it was subsumed by the lines 55 and 56 entries. I owned no Great Hall Investment Funds Prime money-market fund at the end of calendar year 2003. The brokerage company handling the account through which I maintained the money-market fund advised a change in money-market funds in December 2003. I accepted its advice, liquidated the Great Hall Investment Funds Prime and purchased Tamarack Investment Funds Prime on December 22, 2003. Due to an oversight, I omitted the newly purchased Tamarack Investment Funds Prime on my calendar year 2003 report. The report should have reflected in Part VII that on December 22, 2003, I purchased Tamarack Investment Funds

Prime, with a value code of L (column D). The report should have also noted that at the end of the reporting period the Tamarack Investment Funds Prime had a value code of L with a value method code of T (column C). Finally, income during the reporting period for Tamarack Investment Funds Prime should have reflected a dividend with a value code of A (column B).

The information concerning Tamarack Investment Funds Prime on the report for calendar year 2004 is correct.

I apologize for these errors and trust that this answers your questions.

I am enclosing four copies of this letter. I would appreciate your file-marking and returning one to me, as well as the extra copy of my 2004 report, which I previously requested be file marked and returned.

If further information is needed, please do not hesitate to contact me.

Yours very truly,

Lee Yeakel

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Yeakel, III, Earl L | 2. Court or Organization<br><br>District Court, W.D. Texas | 3. Date of Report<br><br>5/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,  Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>200 West 8th Street<br>Austin, Texas 78701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee & Vice President | Theodore Roosevelt Association |
| 2. Trustee | Austin Rotary Club Foundation |
| 3. President & Director | Rotary Club of Austin |
| 4. Member | Unitversity of Texas Longhorn Foundation Advisory Council |
| 5. Member | Texas Commission on Uniform State Laws |
| 6. Member | National Conference of Commissioners on Uniform State Laws |
| 7. President | Austin Chapter, The English-Speaking Union |
| 8. Member | Advisory Board, Austin Lawyers Chapter, The Federalist Society |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

2005 MAY 11 A 11: 30   RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income
☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.    2004 | State Bar of Texas - Salary |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | National Conference of Commissioners on Uniform State Laws | March 11 - 14 - Washington, D.C. - Drafting Committee Meeting (Transportation, Meals, & Lodging) |
| 2. | George Mason University Foundation, Inc. | April 30 - May 6 - Tucson, Arizona - "Forging of a Nation" Seminar (Transportation, Meals, & Lodging) |
| 3. | Austin Intellectual Property Law Association | October 13 - 16 - Washington, D.C. - American Intellectual Property Law Association Annual Meeting (Transportation) |
| 4. | American Intelluctual Property Law Association | October 13 - 16 - Washington, D.C. - American Intellectual Property Law Association Annual Meeting (Registration, Meals, & Lodging) |
| 5. | National Conference of Commissioners on Uniform State Laws | October 29 - 31 - Waltham, Massachusetts - Drafting Committee Meeting (Transportation, Meals, & Lodging) |

**V. GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

**VI. LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Prosperity Bank (See note) | Line of Credit | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel, III, Earl L | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BA Common Stock | A | Dividend | K | T | | | | | |
| 2. SCH Common Stock | A | Dividend | J | T | | | | | |
| 3. CVX Common Stock | A | Dividend | K | T | | | | | |
| 4. C Common Stock | A | Dividend | K | T | Sold Part | 06/25 | J | A | |
| 5. DELL Common Stock | | None | L | T | | | | | |
| 6. XOM Common Stock | A | Dividend | J | T | | | | | |
| 7. F Common Stock | A | Dividend | J | T | | | | | |
| 8. HD Common Stock | A | Dividend | J | T | Sold | 10/04 | J | | |
| 9. INTC Common Stock | A | Dividend | J | T | | | | | |
| 10. JPM Common Stock | A | Dividend | J | T | | | | | |
| 11. MSFT Common Stock | B | Dividend | J | T | | | | | |
| 12. PDC Common Stock | | None | J | T | | | | | |
| 13. RG Common Stock | | None | J | T | | | | | |
| 14. RD Common Stock | A | Dividend | K | T | | | | | |
| 15. LUV Common Stock | A | Dividend | L | T | | | | | |
| 16. SPND.OB Common Stock | | None | J | T | | | | | |
| 17. UCL Common Stock | A | Dividend | J | T | | | | | |
| 18. VIAb Common Stock | | None | J | T | Sold Part | 09/21 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel, III, Earl L | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. VZ Common Stock | A | Dividend | J | T | Sold | 06/25 | J | A | |
| 20. DIS Common Stock | A | Dividend | J | T | | | | | |
| 21. AIM Technology Fund - Class A (Mutual Fund) (See note) | | None | J | T | | | | | |
| 22. FBGRX Mutual Fund | A | Dividend | K | T | | | | | |
| 23. FHKCX Mutual Fund | A | Dividend | J | T | | | | | |
| 24. FTEXX Mutual Fund | A | Dividend | K | T | | | | | |
| 25. FGRXX Mutual Fund | A | Dividend | J | T | | | | | |
| 26. VWITX Mutual Fund | A | Dividend | J | T | | | | | |
| 27. VMMXX Mutual Fund | A | Dividend | K | T | Sold Part | 11/18 | J | | |
| 28. JP Morgan Chase Bank (Savings) | A | Interest | K | T | | | | | |
| 29. JP Morgan Chase Bank (Checking) | A | Interest | J | T | | | | | |
| 30. Prosperity Bank (CDs) (See note) | B | Interest | L | T | | | | | |
| 31. Prosperity Bank (Checking) (See note) | A | Interest | J | T | | | | | |
| 32. Wells Fargo Bank (Checking) | | None | J | T | | | | | |
| 33. Wells Fargo Bank (Checking) | A | Interest | J | T | | | | | |
| 34. Wells Fargo Bank (Savings) | B | Interest | M | T | | | | | |
| 35. Oil & Gas Working Interests, San Juan County, NM | C | Royalty | N | T | Sold | 01/20 | N | G | XTO Energy, Inc. |
| 36. ███████████Irrevocable Trust | C | Distribution | L | T | | | | | |

---

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel, III, Earl L | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Stearns Bank NA (CD) | A | Interest | L | T | Bought | 08/25 | K | | |
| 38. Stearns Bank NA (CD) | | | | | Sold | 11/17 | K | A | |
| 39. Calamos Growth & Income - A (Mutual Fund) | A | Dividend | K | T | | | | | |
| 40. American Balanced (Mutual Fund) | B | Dividend | K | T | | | | | |
| 41. Kopp Emerging Growth Fund Class A (Mutual Fund) | | None | K | T | | | | | |
| 42. Thornburg Value Fund Class A (Mutual Fund) | A | Dividend | | | Sold | 09/16 | K | | |
| 43. Thornburg Investment Inc. Builder A (Mutual Fund) | A | Dividend | K | T | Bought | 09/16 | K | | |
| 44. FPA Capital (Mutual Fund) | B | Dividend | K | T | | | | | |
| 45. Scudder Dreman High Return Equity Fund Class A (Mutual Fund) | A | Dividend | K | T | | | | | |
| 46. Tamarack Investment Funds Prime | A | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Yeakel, III, Earl L | 5/10/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

1. Part VI, item 1; Part VII, items 29 & 30.  These are the same accounts reported on my Financial Disclosure Report for Calendar Year 2003 as Liberty Bank SSB.  In 2004 Liberty Bank SSB was acquired by and merged with Prosperity Bank.

2. Part VII, item 20.  GTTCX Mutual Fund, as reported on my Finanacial Disclosure Report for Calendar Year 2003, is now AIM Technology Fund - Class A, due to a fund reorganization.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Yeakel, III, Earl L | 5/10/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____        Date _May 10, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544